UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA RYAN HULET,

      Plaintiff,

Case No. 1:07−cv−1193

v.

Hon. Paul L. Maloney

KALAMAZOO COUNTY SHERIFF
DEPARTMENT, et al.,

      Defendants.

_____/

## ORDER REJECTING PLEADING

The Court has examined the following document(s) received February 21, 2020 and orders the Clerk to reject the Hulet misc docs and return the document(s) to Joshua Ryan Hulet for the reason(s) noted below:

Joshua Ryan Hulet has submitted documents which are nonsensical in nature. If Joshua Ryan Hulet intends for such documents to be used as exhibits, he must submit the documents attached to a pleading, motion or brief, specifically setting out the purpose and relevance to this case.

IT IS SO ORDERED.

Dated: February 21, 2020

    /s/ Ray Kent
RAY KENT
U.S. Magistrate Judge