RECEIVED - KZ
February 21, 2020 10:55 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
jlb

Paul L. Maloney, Denise Page, US Magistrate.

I built a universal house, called the House of God, and within the contents is a Library Capable of holding standard textbook knowledge on most everything on Earth, having to do with business, business preparation, business ventures, including medicine, medicinal properties, and medicinal uses. Two out of Four of the basement rooms is specifically modified to endure extra labor including chemical engineering concerning Foods, medicine and other entreprenual activities including soil chemistry, brick masonry and glass sculpting to name a few.

I have built a community based Church called LOVE AND WISDOM (LAW) Church of Christ, where people gather to Learn the various Trades of the many businesses that contribute to the Heterosexual Marriage, and Family Principals, including the Parenthood, Family, Brotherhood, Sisterhood, Dating, Coed Sports and Honeymoon Resort. The Businesses and Trades are centered around the Family theme to keep order precise and consistent to perpetual subliminity. The message is familiarity and discipline concerning people, places and things. Ownership and responsibility rests on the people, who are entrusted with adequate knowledge that is generated and controlled by the Church. The people make up the Church, each person is

a partition, an assembly block, a pillar of the community. The language is pure and delicately handled, allowing children and adults to advance rapidly. The ingenuity, strength training, and engineering is fantastic and perpetual, allowing each individual to be treated as thus, Fully capable in accordance to the LAW.
I have two school systems, a Public full of privates, and a Private Full of Publics. The Public School has 12 Grades, where the Learning is Fun, and the teachers are Parents from the Local Community for which it serves. There are 8 teachers per classroom to enhance the learning experience. Each child will be given adequate attention. The Teachers will study while the students study, which will provide safety, security and consistent brain function capacity. The Private is where the Mother and Father take their Children, and the children pick their own topics to study. Everybody in the private studies at their own pace, and in sync, which shows the structural design pattern of integrity. All of the books and the knowledge are linked in accordance of the LAW which is the integrity of the System I myself have built with mine own hand.

The technicalities of the Church I have built and the County designs I have inspired my family to partake in, are part of a transitional orchestrated and modernization of old consistent Living patterns, that reveal good team-work and individuality sequence abilities. Such traditions and initiative within the structural design, allow a good foreseeable future for everybody involved. Even the fantasy books and movies, will hold truths that do hold the uplifting of spiritual influence in future events. The four rooms in the basement are structured to continually rotate business ideas and plans for the Home Owners personal best. Each individual Family will be allotted 14 Lots to invest in their own quality assurance, to control their own destiney and Livelihood. Kings and Queens are what I build. A King may ask another King for help, and get help from other Kings, however a King controls his own Life and remains King of his own domain. A true King will make decisions of Kingly porportions, and be consistent to me, the creator of the Kings and the Queens produced in my County Scale designs. I have put on Facebook, years ago, blueprints of my design, to inspire Hope, eternal life plans of great magnitude, which is reliable to what I AM. Eternal Life is the Promise I made From the Christian Holy Bible, For the People, by the People. Power to the People. We the People.

Realistic planning with the touch of my supernatural abilities. Accurate Creation Board of Processes that stimulate the attention of the Economy of the Heterosexual Christian Spirit. Everybody will be treated as functionally able, and as accurately defined as the next person, for all are made functionally stable in my community. Fear is made in accordance to the Systems proficiency, and enhances everybody's joy and thanksgiving.

This is part of my lawsuit, the books, the dictionaries, the computers, the Church, the Scales, are all a part of the provisions of a Heavenly atmosphere. The US Federal Government is now mine own.

I had to have the Salvation Army pick my wife up and barricade her because the KESD is responsible for human traficking violations, using high and low frequency devices to coerce illegal behavior. By illegal behavior, I mean, using coercion methods to pursuade homosexual agenda, Lesbian agenda, bisexual agenda, polygamy agenda, pedophilia agenda, and beastiality agenda. They misuse sonar equipment to lie and steal confidential information, of thoughts and ideas that are personal. They are not invited nor will they ever be! Capital punishment for treason and war crimes.

Joshua Ryandulet #1

Joshua Ryan Aulet #121930
1500 Lamont St.
Kalamazoo, MI. 49048

GRAND RAPIDS MI 494
19 FEB 2020 PM 2 L

FOREVER USA
Barn Swallow

C/O Paul L. Maloney
Denise Page
US Magistrate
410 W. Michigan Ave.
Kalamazoo, MI. 49048

49007$3757